IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00136-ZLW

SHANE BURDEN,

    Plaintiff,

v.

K. BOUCHEE, and
T. EIRICH,

    Defendants.

_____

ORDER DENYING MOTION TO RECONSIDER

_____

Plaintiff Shane Burden, on October 6, 2006, filed a *pro se* document titled "Motion for Review, Case Law to Support." Mr. Burden asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on March 3, 2006. The Court must construe the Motion liberally because Mr. Burden is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Burden's Motion in this action, which was filed more than ten days after the Court's March 3, 2006, Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b).  Relief under Rule 60(b) is appropriate only in extraordinary circumstances.  *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action as legally frivolous because both named Defendants were public defenders who represented Mr. Burden in a state criminal proceeding and for purposes of 42 U.S.C. § 1983 did not act under color of state law in representing Mr. Burden.  Upon consideration of the Motion to Reconsider and the entire file, the Court finds that Mr. Burden fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to vacate the order of dismissal in this action.  Therefore, the Motion to Reconsider will be denied. Accordingly, it is

ORDERED that the "Motion for Review, Case Law to Support," is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b) and is denied.

DATED at Denver, Colorado, this __16__ day of _____Oct-_____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00136-ZLW

Shane Burden
Prisoner No. 62763
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___10-16-06___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk